UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                       :

ANTONIO GONZALEZ,                           :

                        Movant,                        :
                                                       :         21-CV-3234 (JMF)
                -v-                                :         12-CR-0702 (JMF)

UNITED STATES OF AMERICA,        :           <u>ORDER</u>

                      Respondent.           :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On August 10, 2021, the Court received a letter from Mr. Gonzalez requesting additional time of "45 to 60 days" to file a response to Respondent's opposition to Mr. Gonzalez's 28 U.S.C. § 2255 motion. *See* 21-CV-3234, ECF No. 5. That request for an extension is GRANTED. Mr. Gonzalez shall respond to Respondent's submission **by September 27, 2021.**

       As a reminder, and as stated at the Court's prior Order, *see* 12-CR-0702, ECF No. 38, all further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

       The Clerk of Court is directed to mail a copy of this Order to Mr. Gonzalez at the following address: Reg. No. 67273-054, FCI Loretto, P.O. Box 1000, Cresson, PA 16630.

       SO ORDERED.

Dated: August 11, 2021
       New York, New York                                 _____
                                                                           JESSE M. FURMAN
                                                                    United States District Judge